Croswell
x9661

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Johnny RAMIREZ,<br><br>　　　　　　　Defendants. | Case No.: **17MJ4452**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about November 26, 2017, within the Southern District of California, defendant, Johnny RAMIREZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 21.98 kilograms (48.45 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Michael Lesley, Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th, DAY OF NOVEMBER 2017.

HON. ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

United States of America
   vs.
Johnny RAMIREZ

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Lesley, declare under penalty of perjury, the following is true and correct:

On November 26, 2017, at approximately 9:51 a.m., defendant, Johnny RAMIREZ ("RAMIREZ"), a United States citizen, attempted to enter the United States at the Otay Mesa Port of Entry in San Diego, California via vehicle lane six in a 2001 Lexus RX300 bearing California license plates. RAMIREZ was the driver, owner, and sole occupant of the vehicle.

A Customs and Border Protection Officer ("CBPO") conducted a primary inspection of RAMIREZ and the vehicle. During the inspection, RAMIREZ stated he was en route to Los Angeles. The CBPO asked RAMIREZ if he had anything to declare. RAMIREZ stated he had candy, chips and a piñata. The CBPO asked RAMIREZ to open the rear cargo area of the vehicle. Upon opening the rear cargo area, the CBPO discovered a large amount of alcohol that RAMIREZ failed to declare. The CBPO then referred the vehicle and passenger to secondary for further inspection.

At approximately 9:52 a.m., a CBPO assigned to the Z-portal machine scanned the vehicle and observed anomalies in the vehicle's spare tire. The Z-portal operator advised additional CBPOs of the anomalies.

A CBPO conducted an inspection of the vehicle's rear cargo area. Upon opening the rear cargo area, the CBPO located large quantities of alcohol, candy, food, non-alcoholic beverages, and a piñata. The only way for the CBPO to access the spare tire compartment was to remove the contents of the rear cargo area. After removing the items, the CBPO lifted the carpet and removed the plastic cover to reveal the spare tire. As the CBPO removed the spare tire after unbolting it from the vehicle, the CBPO noticed the spare tire felt abnormally heavy. As the CBPO bounced the spare tire on the ground, the CBPO felt and heard something bulky move inside the spare tire. The CBPO then radioed for assistance, removed RAMIREZ from the vehicle and escorted RAMIREZ to the security office.

A Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) responded to the radio call for assistance with his narcotics detection canine partner. The narcotics detection canine alerted to a trained odor emanating from the vehicle's spare tire.

A CBPO was then assigned to thoroughly inspect the vehicle. During the inspection, the CBPO discovered six (6) packages that were individually vacuum sealed and wrapped in black tape inside the vehicle's spare tire. The CBPO probed

the packages discovering a substance that field-tested positive for properties of Methamphetamine. The combined weight of the 6 packages containing Methamphetamine was approximately 21.98 kilograms (48.45 pounds).

RAMIREZ was arrested and charged with violations of Title 21, United States Code, 952 and 960, importation of a controlled substance, and was booked into the Metropolitan Correctional Center in San Diego, California.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\